

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00241-CV

RICHARD WYLIE JR.; KSW CPA, P.C.; HMSW CPA, P.L.L.C.; AND CHEREE BISHOP, Appellants

§ On Appeal from the 141st District Court

§ of Tarrant County (141-255831-11)

V.

§ December 31, 2020

DAN SIMMONS, Appellee

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is reversed and rendered in part, reversed and remanded in part, and affirmed in part.

We reverse the part of the trial court's judgment ordering that Dan Simmons recover actual damages, taxable court costs, and pre- and postjudgment interest from Richard Wylie Jr.; KSW CPA, P.C.; HMSW CPA, P.L.L.C.; and Cheree Bishop, jointly and severally, and we render judgment ordering that

- Simmons take nothing from HMSW;

- Simmons recover from Wylie, KSW, and Bishop, jointly and severally: (1) $26,412.20 in actual damages; (2) $9,899.15 in prejudgment interest; and (3) postjudgment interest on $26,412.20 at the rate of 5% per year compounded annually from April 4, 2019, until such amount is paid in full;

- Simmons recover from Wylie and Bishop, jointly and severally: (1) $758,528.57 in actual damages; (2) $69,202.74 in prejudgment interest; and (3) postjudgment interest on $758,528.57 at the rate of 15% per year compounded annually from April 4, 2019, until such amount is paid in full; and

- Simmons recover taxable court costs from Wylie, KSW, and Bishop, jointly and severally.

We also reverse the part of the trial court's judgment awarding Simmons attorney's fees, and we remand the case to the trial court for a new trial on attorney's fees.

We affirm the rest of the trial court's judgment.

We further order that each party pay its own appellate costs.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr